JAP:AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M10-1140**

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE SOUTHERN DISTRICT OF OHIO |
| - against - | |
| ABIMBOLA O. ADEYEMO, | (Fed. R. Crim. P. 5(c)) |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      VINCENT CHAN, being duly sworn, deposes and says that he is a Special Agent with the Internal Revenue Service ("IRS"), duly appointed according to law and acting as such.

      Upon information and belief, on March 10, 2006, an arrest warrant was issued by the United States District Court for the Southern District of Ohio commanding the arrest of the defendant ABIMBOLA O. ADEYEMO for fifty counts of Aiding and Assisting in the Preparing of False Tax Returns, in violation of Title 26, United States Code, Section 7206(2).

      The source of your deponent's information and the grounds for his belief are as follows:

      1.    On March 9, 2005, the defendant was interviewed by agents of the IRS. Although the defendant was not in custody, he was informed of his <u>Miranda</u> rights, which he waived. The defendant admitted, in substance and in part, that he had prepared false tax returns.

      2.    On March 9, 2006, an indictment was returned by a Grand Jury in the United States District Court for the Southern

District of Ohio charging the defendant with fifty counts of Aiding and Assisting in the Preparing of False Tax Returns, in violation of Title 26, United States Code, Section 7206(2).  A copy of the indictment is attached hereto.

  3. On March 10, 2006, an arrest warrant was issued by the United States District Court for the Southern District of Ohio commanding the arrest of the defendant based on the charges in the indictment issued the previous day.  A copy of the arrest warrant is attached hereto.

  4. In or around May 2006, the defendant was in New Zealand.

  5. On or about September 30, 2010, the defendant arrived at John F. Kennedy International Airport ("JFK") in Queens, New York on Emirates Airline flight 203 from Nigeria, via Dubai.  He was scheduled to fly from JFK to Dallas, Texas the same day.  Before the defendant could fly to Dallas, Texas, officers of U.S. Customs and Border Protection ("CBP") detained him.

  6. Later that same day, CBP officers informed the United States Marshal's Service that the defendant was detained at JFK.

  7. When the defendant was detained, he was in possession of a United States passport bearing his picture, date of birth and the name "Abimbola Olusegun Adeyemo"; a Social Security card bearing the name "Abimbola Olusegun Adeyemo"; and a

New Zealand driver's license bearing his picture and the name "Abimbola Olusegun Adeyemo."

8.  In addition, I note that on May 11, 2006, the IRS issued a "Red Notice" to Interpol for extradition of the defendant. The Red Notice included a picture of the ABIMBOLA O. ADEYEMO who was named in the March 9, 2006 indictment and March 10, 2006 arrest warrant. That picture depicts the defendant, and it matches the pictures in passport and driver's license that were in the defendant's possession when he was arrested.

9.  It is the desire of the United States Attorney for the Southern District of Ohio that the defendant be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant ABIMBOLA O. ADEYEMO be removed to the Southern District of Ohio so that he may be dealt with according to law.

VINCENT CHAN<br>
Special Agent<br>
Internal Revenue Service

Sworn to before me this
1st day of October, 2010

\K
;E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **2 : 0 6 cr 0 6 7** |
| v. | CASE NO. _____ |
| ABIMBOLA O. ADEYEMO | 26 U.S.C. § 7206(2) |

JUDGE FROST

### INDICTMENT

The Grand Jury charges:

1. On or about the dates hereinafter set forth, in the Southern District of Ohio, the defendant, ABIMBOLA O. ADEYEMO, a resident of Columbus, Ohio, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years hereinafter specified, whereas, as the defendant then and there well knew and believed, the said taxpayers were not entitled to make the following claims, respectively:

    A. Filing status;

    B. IRA deduction;

    C. Moving expense deduction;

    D. Tuition and fees deduction;

    E. Schedule C business losses; and

    F. Education expense credit.

2. The allegations of numbered paragraph 1, above, are repeated and realleged in Counts 1 through 50, inclusive, of this Indictment, as though fully set forth therein:

| COUNT | DATE | TAXPAYER | TAX YEAR | FALSELY CLAIMED ITEMS | TAX LOSS |
|---|---|---|---|---|---|
| 1 | 3/16/04 | Ackah, Edward | 2003 | E, F | $7,784 |
| 2 | 11/3/03 | Adebayo, Abiodun & Taiwo | 2002 | B, E, F | 4,639 |
| 3 | 2/15/04 | Adebayo, Abiodun & Taiwo | 2003 | B, E, F | 2,259 |
| 4 | 3/3/05 | Adebayo, Abiodun & Taiwo | 2004 | B, E | 4,624 |
| 5 | 2/26/03 | Adegorye, Babatune | 2002 | A, B, E | 2,669 |
| 6 | 2/7/03 | Adegorye, Oluwatoyin O. | 2002 | A, B | |
| 7 | 2/7/04 | Adegorye, Babatune | 2003 | A, B, E | 5,557 |
| 8 | 2/3/04 | Adegorye, Oluwatoyin O. | 2003 | A, B, E, F | |
| 9 | 2/6/05 | Adegorye, Babatune | 2004 | A, B, E | 5,682 |
| 10 | 2/6/05 | Adegorye, Oluwatoyin O. | 2004 | A, B, E | |
| 11 | 3/20/03 | Agbalevu, Gershon | 2002 | B, E, F | 4,323 |
| 12 | 2/29/04 | Agbalevu, Gershon | 2003 | B, E, F | 4,440 |
| 13 | 3/1/05 | Agbalevu, Gershon | 2004 | B, C, E, F | 4,067 |
| 14 | 2/27/04 | Andoh, Joseph | 2003 | B, E | 3,786 |
| 15 | 1/28/05 | Andoh, Joseph | 2004 | B | 900 |
| 16 | 2/29/04 | Ansah, Richard | 2003 | B, E | 5,273 |
| 17 | 2/17/04 | Boakye, Kwame | 2003 | B, E | 5,831 |
| 18 | 3/3/05 | Boles, Melody & Dolapo Ojulari | 2004 | E, F | 5,385 |
| 19 | 2/20/03 | Bousu, Franklin O. | 2002 | B, E | 2,854 |
| 20 | 2/27/04 | Bousu, Franklin O. | 2003 | B, E | 1,429 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | 2/18/05 | Bousu, Franklin O. | 2004 | E | 3,345 |
| 22 | 4/6/03 | Charles, Edzer | 2002 | B, E, F | 6,913 |
| 23 | 2/17/04 | Charles, Edzer | 2003 | B, E, F | 6,760 |
| 24 | 6/14/03 | Freeman, Jordan | 2001 | E, F | 4,317 |
| 25 | 4/23/03 | Freeman, Jordan | 2002 | B, E, F | 6,877 |
| 26 | 2/15/04 | Freeman, Jordan | 2003 | B, E, F | 8,869 |
| 27 | 2/21/03 | Gbondo, George A. | 2002 | B, F | 1,950 |
| 28 | 2/15/04 | Gbondo, George A. | 2003 | B, E, F | 3,645 |
| 29 | 2/6/05 | Gbondo, George A. | 2004 | B, E, F | 3,645 |
| 30 | 2/11/04 | Kpoto, Sekou & Elizabeth Soko | 2003 | B, E | 3,840 |
| 31 | 2/17/05 | Kpoto, Sekou | 2004 | B, D, F | 1,880 |
| 32 | 3/12/03 | Longwe, Wezi G. | 2002 | B, E | 7,834 |
| 33 | 3/16/04 | Longwe, Wezi G. | 2003 | B, E | 8,448 |
| 34 | 3/10/02 | Ojulari, Dolapo G | 2001 | B, E | 2,417 |
| 35 | 2/6/03 | Ojulari, Dolapo G | 2002 | B, C, E | 2,051 |
| 36 | 3/25/04 | Ojulari, Dolapo G | 2003 | B, E, F | 4,783 |
| 37 | 2/4/04 | Olajide, Solomon T. | 2003 | B, E | 3,825 |
| 38 | 2/21/05 | Olajide, Solomon T. | 2004 | E | 4,580 |
| 39 | 3/10/03 | Oregbu, Dominic C. | 2002 | A, B, E | 9,753 |
| 40 | 3/4/03 | Oregbu, Kadiatu C. | 2002 | A, B, E, F | |
| 41 | 3/17/04 | Oregbu, Dominic C. | 2003 | A, B, E | 8,719 |
| 42 | 2/21/04 | Oregbu, Kadiatu C. | 2003 | A, B, E | |

3

| 43 | 2/9/04 | Paylay, Arthry N. | 2003 | B, E | 5,354 |
| 44 | 1/31/05 | Paylay, Arthry N. | 2004 | E | 2,865 |
| 45 | 2/15/04 | Prescod, Florence I | 2003 | B, E | 2,507 |
| 46 | 2/25/04 | Sakyi, Emmanuel | 2003 | B, E | 5,805 |
| 47 | 2/11/04 | Takyi, George K | 2003 | B, E | 868 |
| 48 | 2/17/04 | Worae (Otchere), Kwaku | 2003 | A, B, E, F | 1,791 |
| 49 | 2/7/05 | Worae (Otchere), Kwaku | 2004 | A, E | 6,418 |
| 50 | 2/6/05 | Worae, Ester | 2004 | A | |

Each in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

*[signature]*

FOREPERSON

GREGORY G. LOCKHART
United States Attorney

*[signature]*

GARY L. SPARTIS
Deputy Criminal Chief

I CERTIFY [illegible]
TRUE A[illegible]
March 9, 2006
*[signature]*
DATE: March 9, 2006

4

✈AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

UNITED STATES OF AMERICA

V.

ABIMBOLA O. ADEYEMO

**WARRANT FOR ARREST**

Case Number: 2:06CR067

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Abimbola O. Adeyemo
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

aiding in making false statements

in violation of Title ___26___ United States Code, Section(s) ___7206(2)___

James Bonini
Name of Issuing Officer

_Joanne McC___ [signature]
Signature of Issuing Officer

Clerk
Title of Issuing Officer

March 10, 2006 - Columbus, OH
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |